**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------x
MONTE ROSENZWEIG and GOLD :
STANDARD AGENCY, INC., :
on behalf of plaintiffs and the class :
members described below, :
  :
        Plaintiffs, :
  :
    vs. :
  :
RO GALLERY IMAGE MAKERS, INC., :
doing business as ROGALLERY.COM, :
and JOHN DOES 1-10 :
  :
        Defendants. :
------------------------------------------------------x   Case No. 18-cv-2736(ADS)(SIL)
MONTE ROSENZWEIG and GOLD :
STANDARD AGENCY, INC., :
on behalf of plaintiffs and the class :
members described below, :
  :
        Plaintiffs, :
  :
    vs. :
  :
AMERICAN BARTER EXCHANGE, INC, :
JOHN MERA and CHERYL MERA :
  :
        Third Party Defendants. :
------------------------------------------------------x

**STIPULATION OF DISMISSAL**

    The parties, Plaintiffs Monte Rosenzweig and Gold Standard Agency, Inc., and Defendant RoGallery Image Makers, Inc., doing business as ROGALLERY.COM (hereinafter "RoGallery"), hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendant RoGallery with prejudice and dismissal of the claims asserted on behalf of a class without prejudice.

1

Plaintiffs' claims against Third-Party Defendants American Barter Exchange, Inc., John Mera and Cheryl Mera are hereby dismissed without prejudice.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT ROGALLERY IMAGE MAKERS d/b/a ROGALLERY.COM |
|---|---|
| /s/Tiffany N. Hardy<br>Tiffany N. Hardy | /s/Jean-Claude Mazzola<br>Jean-Claude Mazzola |
| Dulijaza Clark<br>Tiffany N. Hardy<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN LLC<br>20 South Clark Street, Suite 1500<br>Chicago, Illinois 60603 | Jean-Claude Mazzola<br>Nina T. Edelman<br>MAZZOLA LINDSTROM, LLP<br>1350 Avenue of the Americas,<br>2nd Floor<br>New York, New York 10019 |

## **CERTIFICATE OF SERVICE**

I, Tiffany Hardy, hereby certify that on Tuesday, December 29, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and then served the following by the means stated

**By ECF**
Jean-Claude Mazzola
Mazzola Lindstrom LLP
733 Third Avenue
New York, New York 10017
jcm@lawmazz.com

Nina T. Edelman
Mazzola Lindstrom LLP
733 Third Avenue
New York, New York 10017
Nina@mazzolalindstrom.com

**By US MAIL**
American Barter Exchange
245 Route 109
West Babylon, NY 11704

Cheryl Mera
245 Route 109
West Babylon, NY 11704

John Mera
245 Route 109
West Babylon, NY 11704

/s/*Tiffany Hardy*
Tiffany Hardy