**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
MONTE ROSENZWEIG and GOLD  :
STANDARD AGENCY, INC.,          :
on behalf of plaintiffs and the class  :
members described below,          :
                                                        :
            Plaintiffs,                        :
                                                        :
      vs.                                            :
                                                        :
RO GALLERY IMAGE MAKERS, INC.,  :
doing business as ROGALLERY.COM,  :
and JOHN DOES 1-10               :
                                                        :
            Defendants.                   :
-------------------------------------------------------x      Case No. 18-cv-2736(JS)(SIL)
MONTE ROSENZWEIG and GOLD  :
STANDARD AGENCY, INC.,          :
on behalf of plaintiffs and the class  :
members described below,          :
                                                        :
            Plaintiffs,                        :
                                                        :
      vs.                                            :
                                                        :
AMERICAN BARTER EXCHANGE, INC,  :
JOHN MERA and CHERYL MERA   :
                                                        :
                                                        :
            Third Party Defendants.  :
-------------------------------------------------------x

### STIPULATION OF DISMISSAL

The parties, Plaintiffs Monte Rosenzweig and Gold Standard Agency, Inc., and

Defendant RoGallery Image Makers, Inc., doing business as ROGALLERY.COM (hereinafter

"RoGallery"), hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendant

RoGallery with prejudice and dismissal of the claims asserted on behalf of a class without

prejudice.

1

Plaintiffs' claims against Third-Party Defendants American Barter Exchange, Inc., John Mera and Cheryl Mera are hereby dismissed without prejudice.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT ROGALLERY IMAGE MAKERS d/b/a ROGALLERY.COM |
|---|---|
| /s/Tiffany N. Hardy<br>Tiffany N. Hardy | /s/Jean-Claude Mazzola<br>Jean-Claude Mazzola |
| Dulijaza Clark<br>Tiffany N. Hardy<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN LLC<br>20 South Clark Street, Suite 1500<br>Chicago, Illinois 60603 | Jean-Claude Mazzola<br>Nina T. Edelman<br>MAZZOLA LINDSTROM, LLP<br>1350 Avenue of the Americas,<br>2nd Floor<br>New York, New York 10019 |

```
The Clerk of the Court is
directed to mark this case
CLOSED.


 Dated: December 30, 2020
        Central Islip, New Yok
```

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

2